UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK PITCHON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-04-3869 |
| | § | |
| CHARLES A ROSENTHAL, JR, *et al*, | § | |
| | § | |
| Defendants. | § | |

ORDER

On June 7, 2005, the Court dismissed plaintiff's civil rights action. (Docket Entry No.14). Because the case is now closed, plaintiff's motion to supplement his more definite statement (Docket Entry No.20) is DENIED. The Court provided plaintiff with a copy of all orders entered in this case and plaintiff should have retained copies of the documents that he filed in this Court. For the reason, plaintiff's motion for copies of all court documents (Docket Entry No.21) is also DENIED.

Plaintiff may seek information on the specific document he wishes to copy from the Clerk of the Court. The Clerk will inform plaintiff of the number of pages in the document. Plaintiff may then obtain a copy of the document from Legal Document Retrieval, Inc., U.S. District Clerk's Office, 515 Rusk, Room 1217, Houston, Texas 77002. Copies of court documents are $0.29 per page. Payment is required before copies are sent. Plaintiff should mail a check or money order payable to Legal Document Retrieval, Inc. along with his request.

SIGNED at Houston, Texas, this 8th day of August, 2005.

*[signature]*

Melinda Harmon
United States District Judge